UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GARY HIRST,<br><br>       Movant,<br><br> -against-<br><br>UNITED STATES OF AMERICA,<br><br>       Respondent. | 20-CV-2412 (PKC)<br><br>15-CR-0643-4 (PKC)<br><br>ORDER |

P. KEVIN CASTEL, United States District Judge:

   It has come to the Court's attention that the government has not complied with the Court's Order of May 19, 2021 (CV Doc 10, CR Doc 567). It shall do so within 21 days and shall explain its reasons for failing to comply.

   SO ORDERED.

Dated: July 13, 2021
     New York, New York

                     /s/ P. Kevin Castel
                     P. Kevin Castel
                    United States District Judge